UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JENNIFER NANCE,

    Plaintiff,

v.                                                                                                  Civ. No. 23-641 GJF

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. ECF 2. The Court finds the Motion to be well-taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** Plaintiff may proceed without prepayment of fees or the necessity of giving security therefor. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE